**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENNY HALFACRE
ADC #84410                                                                                          PLAINTIFF

V.                                          5:08CV00284 SWW/JTR

FLOY P. BOSTICK,
Circuit Clerk, Chicot County; and
ANNETTE BRANCH,
Circuit Clerk, Jefferson County                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Voluntary Dismissal (docket entry #30) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 6th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE